**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PGE,<br><br>　　　　Defendant. | Case No. 1:14-cv-01736---SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed November 7, 2014, Plaintiff Lupe Gonzalez, proceeding *pro se*, seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. Nonetheless, the Clerk of Court shall not issue new case documents and the summons until the Court has screened the complaint in accordance with 28 U.S.C. § 1915.

IT IS SO ORDERED.

　Dated:　**November 12, 2014**　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1